IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FORDJOUR, | 1:07-CV-01755-LJO-SMS-PC |
| Plaintiff, | |
| vs. | ORDER DISREGARDING EMERGENCY MOTION AS MOOT |
| ARNOLD SCHWARZENEGGER, et al., | (Doc. 10) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On January 14, 2008, plaintiff filed an emergency motion for the court to compel the trust office at Avenal State Prison to complete the forms for his application to proceed in forma pauperis. Due to the fact that the court granted plaintiff's application to proceed in forma pauperis on January 7, 2008, IT IS HEREBY ORDERED THAT plaintiff's emergency motion of January 14, 2008, is DISREGARDED as moot.

IT IS SO ORDERED.

Dated:   January 15, 2008              /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE